UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHAMIM RABBANI, RICHARD S. BEST, and JASON H JENNINGS individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:12CV130 RWS |
| DRYSHIPS INC., et al., | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2012.